

# THE ATTORNEY GENERAL

# OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

August 17, 1965

Overruled by _M-1199_
_where conflicts_

Honorable Robert S. Calvert
Comptroller of Public Accounts
State of Texas
Austin, Texas

Opinion No. C-485

Re: Which publications on an
attached list are law books
as such term is used in
Paragraph four, Sec. 52 of
Article V-50, House Bill 12,
Acts of the 59th Legislature,
Regular Session, 1965, the
General Appropriations Bill.

Dear Mr. Calvert:

Your letter requesting our opinion relative to the above
captioned matter reads as follows:

"House Bill 12 passed by the 59th Legislature,
V-50, Sec. 52, fourth paragraph, reads:

'None of the funds appropriated in
Articles II, III and IV of this Act, with
the exception of funds appropriated to
the State Library and for State-supported
law schools, may be expended for the pur-
chase of law books without the approval of
the Attorney General.'

" . . .

"This department subscribes to several publi-
cations, especially those which help us in the ad-
ministration of the various tax laws. In addition,
we subscribe to Vernon's Texas Statutes and the
supplements which keep them up to date; and the
Southwestern Reporter w/Supreme Court Reporter.
The question arises as to which of these books
are law books."

Attached to your letter requesting our opinion, you
list the following publications to which your department subscribes,

and submit them for our determination as to whether they may be classified as law books within the meaning of the above quoted provisions:

1. Collier's Bankruptcy Act
2. Bankruptcy Law Reports
3. State Tax Cases
4. State Tax Guide
5. Federal Income Tax Regulations
6. Home State Tax Reports
7. Federal and All States Tax Reports
8. All States Tax Reports
9. Sales Tax
10. Texas Supreme Court Journal
11. Vernon's Annotated Texas Statutes with Pocket Parts
12. Vernon's Texas Session Law Service
13. Southwestern Reporter with Supreme Court Reporter

"Law book" is defined in Webster's Third New International Dictionary, unabridged, as "a book containing or dealing with laws, legal subjects, or cases adjudicated."

In construing paragraph four of Sec. 52, Article V-50, House Bill 12, Acts of the 59th Legislature, Regular Session, 1965, the General Appropriations Bill, it is our opinion that the Legislature intended that the term "law book" be given its usual and ordinary meaning such as that defined in Webster's Dictionary quoted above.

It is further our opinion that all of the publications listed above fall within the definition of "law book." Each of the above publications deal with either laws, legal subjects, or cases adjudicated. Therefore, you are respectfully advised that in our opinion the above listed publications are "law books" within the meaning of paragraph four, Sec. 52 of Article V-50, House Bill 12, Acts of the 59th Legislature, Regular Session, 1965.

## SUMMARY

The various publications on the list submitted by the Comptroller of Public Accounts to this office are "law books" as that term is used in paragraph four, Sec. 52 of Article

Hon. Robert S. Calvert, page 3 (C-485)

V-50, House Bill 12, Acts of the 59th Legis-
lature, Regular Session, 1965, the General
Appropriations Bill.

Very truly yours,

WAGGONER CARR
Attorney General

By: *Dean Arrington*

Dean Arrington
Assistant

DA:ra:ms

APPROVED:

OPINION COMMITTEE

W. O. Shultz, Chairman
Malcolm Quick
John Fainter
Harold Kennedy
George Black

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright